JOHANNA GADSKI-TAUSCHER, Respondent, *v.* CLARENCE L. GRAFF, Appellant.

*Gadski-Tauscher* v. *Graff*, 105 App. Div. 640, appeal dismissed.
(Argued February 26, 1906; decided March 6, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the action was for services, the judgment of affirmance by the Appellate Division unanimous, and, therefore, not appealable to the Court of Appeals, except by permission, which had not been granted.

*Henry N. Wessel* for motion.

*Walter M. Rosebault* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the complaint is clearly one to recover for services rendered, and the character of the action is determined by the complaint within the meaning of section 191 of the Code of Civil Procedure.